UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HUMPHREY HUGH HALLADENE,

                           Plaintiff,

         -against-

THOMAS DECKER, in his official capacity as Director
of the New York Field Office of U.S. Immigrations &
Customs Enforcement, and CHAD WOLF, in his official
capacity as Acting Secretary, U.S. Department of
Homeland Security

                         Defendants.

------------------------------------- x

ORDER

20-cv-2883 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Clerk of the Court is directed to close the above-captioned action.

Dated: June 14, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge